AO 94 (Rev. 8/97) Commitment to Another District

☐ FILED ___ LODGED
☑ RECEIVED ___ COPY

US MARSHALS SOF
SEP 25 2008
FLAGSTAFF

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT

District of _____ ARIZONA

UNITED STATES OF AMERICA
V.

Bernie Hoffman (aka: Tony Almano)

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:08MJ4008 | 08-04299M-001-PHX-MEA | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify) Petition

charging a violation of   18 U.S.C. 2423(a)

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF ARKANSAS

**DESCRIPTION OF CHARGES:**

Knowingly transport an individual who has not attained the age of 18 years in interstate commerce with the intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF ARIZONA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 26, 2008
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |