**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

RICHARD H. WEARE
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U S COURTHOUSE
SUITE 130, 401 W WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

RECEIVED
U.S. MAGISTRATE JUDGE
Website at www.azd.uscourts.gov
OCT 01 2008
W/D ARKANSAS

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

OCT -- 2008
RONNIE HONEY
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U S COURTHOUSE
SUITE 130, 401 W WASHINGTON ST., SPC 1
DISTRICT OF ARIZONA
BY ____ MICHAEL S. O'BRIEN ____ DEPUTY

CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

Received 10/1/08

September 26, 2008

Clerk of Court

RE: USA v. Bernie Hoffman (aka: Tony Alamo)
Your case number: 4:08MJ4008
Arizona case number: 08-04299M-001-PCT-MEA

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Mark E. Aspey in Flagstaff, Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Flagstaff office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: _____
Christina S. Hurley
Deputy Clerk